# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-423-353**

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title

        Title of Work:  Shimmering Chaos

## Completion/Publication

    Year of Completion:  2019
  Date of 1st Publication:  July 23, 2019
Nation of 1st Publication:  United States

## Author

-              Author:  Elizabeth Karlson, dba Elizabeth Karlson Art
       Pseudonym:  Elizabeth Schulz; Lizzi Karlson
   Author Created:  2-D artwork
        Citizen of:  United States

## Copyright Claimant

  Copyright Claimant:  Elizabeth Karlson, dba Elizabeth Karlson Art
                             232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions

           Name:  Elizabeth Karlson
           Email:  elizabethkarlsonart@gmail.com
         Address:  232 N State St.
                        Poplar Grove, IL 45344 United States

## Certification

           Name:  David Denholm
            Date:  November 08, 2024

Applicant's Tracking Number:   EK2024110809

Correspondence: Yes
Copyright Office notes: Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-423-373**

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Blush, Payne's Gray and Gold Metallic Abstract |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | June 26, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Elizabeth Karlson, dba Elizabeth Karlson Art |
| **Pseudonym:** | Elizabeth Schulz; Lizzi Karlson |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elizabeth Karlson |
| **Email:** | elizabethkarlsonart@gmail.com |
| **Address:** | 232 N State St.
Poplar Grove, IL 45344 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 08, 2024 |

Applicant's Tracking Number: EK2024110804

Correspondence: Yes
Copyright Office notes: Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-423-375**

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title
           **Title of Work:** Blush and Payne's Gray Flowing Abstract

## Completion/Publication
          **Year of Completion:** 2018
         **Date of 1st Publication:** May 16, 2018
       **Nation of 1st Publication:** United States

## Author
-            **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
        **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
     **Author Created:** 2-D artwork
         **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
                             232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions
             **Name:** Elizabeth Karlson
            **Email:** elizabethkarlsonart@gmail.com
          **Address:** 232 N State St.
                      Poplar Grove, IL 45344 United States

## Certification
             **Name:** David Denholm
             **Date:** November 08, 2024

Applicant's Tracking Number:   EK2024110802

Correspondence: Yes
Copyright Office notes: Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-423-376**

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title

| | |
|---|---|
| **Title of Work:** | White Sand Blue Sea |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 26, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Elizabeth Karlson, dba Elizabeth Karlson Art |
| **Pseudonym:** | Elizabeth Schulz; Lizzi Karlson |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elizabeth Karlson |
| **Email:** | elizabethkarlsonart@gmail.com |
| **Address:** | 232 N State St.
Poplar Grove, IL 45344 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 08, 2024 |

Applicant's Tracking Number: EK2024110810

Correspondence: Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-423-378

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title

    **Title of Work:** Plum Tides

## Completion/Publication

    **Year of Completion:** 2018
    **Date of 1st Publication:** November 12, 2018
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
    **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
    232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions

    **Name:** Elizabeth Karlson
    **Email:** elizabethkarlsonart@gmail.com
    **Address:** 232 N State St.
    Poplar Grove, IL 45344 United States

## Certification

    **Name:** David Denholm
    **Date:** November 08, 2024

Page 1 of 2

Applicant's Tracking Number: EK2024110808

Correspondence: Yes
Copyright Office notes: Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-423-356**

**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title
                **Title of Work:** Golden Rivers Coaster

## Completion/Publication
     **Year of Completion:** 2019
   **Date of 1st Publication:** March 28, 2019
  **Nation of 1st Publication:** United States

## Author
                   **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
            **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
        **Author Created:** 2-D artwork
              **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
                                    232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions
                      **Name:** Elizabeth Karlson
                      **Email:** elizabethkarlsonart@gmail.com
                  **Address:** 232 N State St.
                                   Poplar Grove, IL 45344 United States

## Certification
                      **Name:** David Denholm
                       **Date:** November 08, 2024

**Applicant's Tracking Number:** EK2024110807

**Correspondence:** Yes
**Copyright Office notes:** Regarding author information: dba added from Note to Copyright Office.

