IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH KARLSON,<br>      Plaintiff,<br>v.<br>SCHEDULE A DEFENDANTS,<br>      Defendants. | Civil Action No. 25-cv-1845<br><br>**FILED UNDER SEAL** |

## DISCLOSURE STATEMENT

  Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, in the above captioned action, certify that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                     Respectfully submitted,

Dated: November 29, 2025

                /s/ Stanley D. Ference III
                Stanley D. Ference III
                Pa. ID No. 59899
                courts@ferencelaw.com

                FERENCE & ASSOCIATES LLC
                409 Broad Street
                Pittsburgh, Pennsylvania 15143
                (412) 741-8400 – Telephone
                (412) 741-9292 – Facsimile

                Attorneys for Plaintiff