IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELIZABETH KARLSON,

                               Plaintiff,                  Civil Action No. 25-cv-1845

v.

SCHEDULE A DEFENDANTS,

                               Defendants.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*        THE INDIVIDUALS, BUSINESS ENTITIES, AND AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," hereto.

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stanley D. Ference III/ FERENCE & ASSOCIATES LLC
        409 Broad Street
        Pittsburgh, Pennsylvania 15143
        E-mail: courts@ferencelaw.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

01/16/2026

*Tiffanie Anderson*

Date                                                       Signature of Clerk or Deputy Clerk