**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELIZABETH KARLSON, | Civil Action No. |
| Plaintiffs, | 25-cv-01845 |
| v. | (Judge Hardy) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 1 | Nanyangguangyumaoyiyouxianzerengongsi |
| 3 | ★★★★★ Lolvmvchi Jewelry Store |
| 4 | ★ ★ ★ ★ ★ JSDKFHERI Women Fashion Clothes |
| 5 | EOPUING（8-15 Delivery) |
| 8 | DGHEGTBJDBEHTB |
| 11 | rusishipin |
| 12 | chaiee |
| 13 | Langyupei KV |
| 17 | DADFADVR（IAJDKMEK Brand Shop） |
| 20 | Clearance Sale OF ZEFOTIM |
| 25 | 2025 Spring Summer Sale |
| 26 | Zinyaha |
| 27 | ZWSPTO-US |
| 28 | dooRr |
| 32 | YuCang Summer Clearance 7-20 Days Deliver |
| 34 | ansZQ |
| 42 | Nissens Within 7-15 Days Delivery |

| 43 | Don Loong |
|---|---|
| 51 | ddinxxss |
| 54 | heiot 14x33 |
| 55 | DAILSA |
| 60 | UDAUDU ➤6-12 days↘ |
| 62 | TWGONE |
| 66 | LeosBlue |
| 67 | Loyalty_001 |
| 90 | XiXianKeJi |
| 98 | Tsbibiboo |
| 104 | MORCART |
| 118 | Yiwushi Qiaoliu Maoyi Youxiangongsi |
| 120 | Yue home |
| 132 | CHENGMIG |
| 136 | Fourdir |
| 141 | Blczomt Fashion |
| 143 | Chengzhi |
| 144 | riman |
| 146 | LANSGDNBSB Store |
| 147 | JianMei |
| 149 | ShiManDe |
| 151 | ZZwxWA Female Cloth Store |
| 152 | HuanJieSL |
| 154 | HAODFUA |
| 156 | gjutow |
| 158 | 2DXuixsh Clothing |
| 159 | FLDCRSW |
| 160 | XSrui |
| 163 | ERkkoi |
| 164 | Rkfmvd |
| 166 | Yishen Clothing |
| 168 | Chic Quarters |
| 169 | YANHAIGONG |
| 170 | Awdenio Official Store |
| 171 | AOOCHASLIY |
| 172 | ICHUANYI |
| 173 | REZUOFI |
| 182 | Bargain |
| 183 | Virmaxy LittleJoy Apparel |

- 2 -

| 192 | Chummist |
|-----|----------|
| 199 | TimelessCurve |
| 217 | GSDTERET |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: March 31, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff

- 3 -